211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

---

Case No.: 11−47146−tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))

James Owen Raley
25521 Circle Dr.
Southfield, MI 48075

Carolyn Harwell Raley
25521 Circle Dr.
Southfield, MI 48075

Social Security No.:
xxx−xx−5828

xxx−xx−1504

Employer's Tax I.D. No.:

---

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

| | | |
|---|---|---|
| ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19) | | |
| ☑ Attorney Disclosure of Compensation Statement | ☐ | Schedule B |
| ☐ Certificate of Budget and Credit Counseling | | Schedule C: |
| ☑ Chapter 7 Means Test (Form 22 A) | ☐ | Debtor |
| ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney | ☐ | Joint Debtor |
| ☐ Application to Pay the Filing Fee in Installments | ☐ | Schedule D |
| ☐ Tax ID | ☐ | Schedule E |
| ☑ Statistical Summary of Certain Liabilities | ☐ | Schedule F |
| ☑ Statement of Financial Affairs | ☐ | Schedule G |
| ☑ Declaration Concerning Debtor's Schedules | ☐ | Schedule H |
| ☑ Summary of Schedules | ☐ | Schedule I |
| ☑ Schedules A−J | ☐ | Schedule J |
| ☐ Schedule A | | |

The missing document(s) must be filed on or before **3/30/11** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

**If you do not have an attorney and need procedural assistance, please contact the pro se law clerk at (866) 478–4436, or (313) 234–0074 or email at prose@mieb.uscourts.gov. There is no charge for this service.**

Dated: 3/17/11

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court